UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | : |
| Plaintiff, | : |
| v. | : |
| SUN BRIGHT VENTURES LLC; CITADEL ID PRO LLC; BENJAMIN TODD WORKMAN, TRIDENT CONSULTING PARTNERS LLC;  and GLENN ERIKSON, | : Case No: 8:14-cv-2153-T27-EAJ |
| Defendants. | : |

**JOINT MOTION FOR ENTRY OF STIPULATED FINAL
ORDERS FOR PERMANENT INJUNCTION AND
MONETARY JUDGMENT AS TO ALL DEFENDANTS**

Plaintiff Federal Trade Commission ("FTC" or "Commission") and defendants Benjamin Todd Workman, Citadel ID Pro LLC, Sun Bright Ventures LLC, Glenn Erikson and Trident Consulting Partners LLC, respectfully move this Court for an order entering: (i) the proposed Stipulated Order for Permanent Injunction and Monetary Judgment as to Defendants Benjamin Todd Workman, Citadel ID Pro LLC, and Sun Bright Ventures LLC (attached hereto as Exhibit A); and (ii) the proposed Stipulated Order for Permanent Injunction and Monetary Judgment as to Defendants Glenn Erikson and Trident Consulting Partners LLC (attached hereto as Exhibit B).

Dated: July 15, 2015

Respectfully submitted,

| s/ **Thomas M. Biesty** | s/ **Frank H. Kerney, III** | s/ **Glenn Erikson** |
|---|---|---|
| Thomas M. Biesty, Trial Counsel<br>Russell S. Deitch<br>600 Pennsylvania Ave., NW<br>  CC-8528<br>Washington, DC, 20580<br>(202) 326-3043(Biesty)<br>(202) 326-2585 (Deitch)<br>(202) 326-3395 (Facsimile)<br>tbiesty@ftc.gov<br>rdeitch@ftc.gov<br>*Attorneys for Plaintiff*<br>*Federal Trade Commission* | Frank H. Kerney, III, Esq.<br>Taracks Rickman & Associates<br>3210 W. Cypress Street<br>Tampa, Florida 33607<br>(813) 281-2897<br>fkerney@theadvocateforyou.com<br>*Attorney for Defendants Sun Bright Ventures LLC, Citadel ID Pro LLC, and Benjamin Todd Workman* | Glenn Erikson<br>101 South 12th Street, #418<br>Tampa, Florida 33603<br>glenntpa@gmail.com<br>*Defendant and Manager for Defendant Trident Consulting Partners LLC* |

## CERTIFICATE OF SERVICE

I hereby certify that on July 15, 2015, a true and correct copy of the Joint Motion for Entry of Stipulated Final Orders for Permanent Injunction and Monetary Judgment as to all Defendants was served upon the following individuals via Electronic Mail:

1. Frank H. Kerney, III Esq.
   Taracks Rickman & Associates
   3210 W. Cypress Street
   Tampa, Florida 33607
   fkerney@theadvocateforyou.com
   *Attorney for Defendants Sun Bright Ventures LLC,*
   *Citadel ID Pro LLC, and Benjamin Todd Workman*

2. Andrew Lustigman, Esq.
   Olshan Frome Wolosky LLP
   Park Avenue Tower
   65 East 55th Street
   New York, NY 10022
   alustigman@olshanlaw.com
   *Representative for Defendants Glenn Erikson*
   *and Trident Consulting Partners LLC*

3. Glenn Erikson
   101 South 12th Street, #418
   Tampa, Florida 33603
   glenntpa@gmail.com
   *Defendant and Manager for*
   *Defendant Trident Consulting*
   *Partners LLC*

s/ **Thomas M. Biesty**