UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

FEDERAL TRADE COMMISSION,

    Plaintiff,

v.                                               Case No: 8:14-cv-2153-T-27EAJ

SUN BRIGHT VENTURES LLC, *et al.*,

    Defendants, and

TRIDENT CONSULTING
PARTNERS LLC, *et al.*,

    Relief Defendants.
_____/

## ORDER

    **THIS CAUSE** is before the Court *sua sponte*. As stipulated final orders and permanent injunctions have been entered against all Defendants (Dkts. 40, 41), settling all matters in this dispute, the Clerk is directed to **CLOSE** the file.

    **DONE AND ORDERED** this 16th day of September, 2015.

                                                       JAMES D. WHITTEMORE
                                                       United States District Judge

Copies to: Counsel of Record
*Pro se* Parties